UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS,<br><br>               Plaintiff,<br><br>v.<br><br>CORNERSTONE BUILDING BRANDS, INC., JAMES S. METCALF, ROSE LEE, KATHLEEN J. AFFELDT, GEORGE L. BALL, GARY L. FORBES, JOHN J. HOLLAND, WILLIAM E. JACKSON, WILBERT W. JAMES, JR., DANIEL JANKI, JOHN KRENICKI, JR., TIM O'BRIEN, JUDITH REINSDORF, NATHAN K. SLEEPER, and JONATHAN L. ZREBIEC,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:22-cv-02258<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 7, 2022

                                          **RIGRODSKY LAW, P.A.**

                           By:  */s/ Gina M. Serra*
                                          Gina M. Serra
                                          825 East Gate Boulevard, Suite 300
                                          Garden City, NY 11530
                                          (516) 683-3516
                                          gms@rl-legal.com

                                          *Attorneys for Plaintiff*

The application is ✓ granted. ___ denied.
SO ORDERED.

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 7, 2022
Brooklyn, New York